UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK ABELLA, | No. 2:15-cv-0424 JAM KJN P |
| Petitioner, | |
| v. | ORDER |
| M.D. BITER, | |
| Respondent. | |

Petitioner has filed two requests for the appointment of counsel. There currently exists no absolute right to appointment of counsel in habeas proceedings. See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Fed. R. Governing § 2254 Cases. In the present case, the court does not find that the interests of justice would be served by the appointment of counsel at the present time.

Accordingly, IT IS HEREBY ORDERED that petitioner's motions for appointment of counsel (ECF Nos. 9 & 11) are denied without prejudice.

Dated: April 27, 2015

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

abel0424.110(2)