UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK ABELLA,<br><br>          Petitioner,<br><br>    v.<br><br>M.D. BITER,<br><br>          Respondent. | No.  2:15-cv-0424 JAM KJN P<br><br><br>ORDER |

      Petitioner is a state prisoner, proceeding pro se and in forma pauperis, with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On April 17, 2015, respondent filed a motion to dismiss this action as barred by the statute of limitations.  On May 4, 2015, petitioner filed a document styled "Motion to Proceed with Habeas Petition[] and to have Equitable Tolling Granted."  (ECF No. 16.)  On May 14, 2015, respondent noted that petitioner's request was well-taken, and requested to withdraw the motion to dismiss, and asked the court to issue a briefing order.  Petitioner's motion and respondent's requests are granted.  Respondent is directed to file a response to petitioner's habeas petition.

      In accordance with the above, IT IS HEREBY ORDERED that:

     1. Petitioner's motion (ECF No. 16) and respondent's requests (ECF No. 17) are granted;

     2. Respondent is directed to file a response to petitioner's habeas petition within sixty days from the date of this order.  See Rule 4, 28 U.S.C. foll. § 2254.  An answer shall be

accompanied by all transcripts and other documents relevant to the issues presented in the petition.  See Rule 5, 28 U.S.C. foll. § 2254;

3.  If the response to the habeas petition is an answer, petitioner's reply, if any, shall be filed and served within thirty days after service of the answer; and

4.  If the response to the habeas petition is a motion, petitioner's opposition or statement of non-opposition to the motion shall be filed and served within thirty days after service of the motion, and respondent's reply, if any, shall be filed and served within fourteen days thereafter.

Dated:  May 18, 2015

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/abel0424.100b