UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK ABELLA, | No. 2:15-cv-0424 JAM KJN P |
| Petitioner, | |
| v. | ORDER |
| M.D. BITER, | |
| Respondent. | |

Petitioner is a state prisoner, proceeding without counsel. Pursuant to the court's last order, petitioner was relieved of his obligation to file a traverse, and was granted leave to renew his motion for stay on or before February 26, 2016, or the parties could file a stipulation to stay this action pending resolution of petitioner's request for re-sentencing in the Sacramento County Superior Court on or before January 20, 2016. Those dates have passed, and no further filing has been submitted.

Accordingly, IT IS HEREBY ORDERED that petitioner shall file a traverse, if any, within thirty days from the date of this order.

Dated: September 1, 2016

abel0424.trav

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1